UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 17-cv-10754-WGY

DICKEY
Plaintiff

v.

INSPECTIONAL SERVICES, DEPT. OF THE CITY OF BOSTON
Defendant

ORDER OF DISMISSAL

YOUNG, D.J.

      After a hearing held on July 24, 2017, this Court Orders that Defendant's Motion to Dismiss is Allowed and for the reasons stated on the record the above entitled action be and hereby is Dismissed.

Robert Farrell
Clerk

By:    /s/ Jennifer Gaudet
          Deputy Clerk

July 25, 2017